No. 94–8764.  MOORE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–8767.  DATCHER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–8784.  CARTER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8785.  CERVANTES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8787.  COBIA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8788.  GOUDY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–8796.  GROTH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–8798.  FELIX-MONTAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 94–8805.  COLLINS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–8809.  FOSTER ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–8812.  CRITTON *v.* UNITED STATES; and
No. 94–8855.  LIVINGSTON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–8814.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8816.  MOORE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–8819.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8826.  GALO YANEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 94–8827.  THURLOW, AKA MCQUADE *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.